

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2016

No. 04-16-00207-CV

Antonio **JIMENEZ** and Mary Louise Jimenez,
Appellants

v.

Carlos **GONGORA**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-02692
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

The parties have filed a motion to abate this appeal and alleged that the parties are considering settling the underlying case. We deny the motion, but on our own motion we suspend the deadlines in this appeal until November 21, 2016, at which time we order due either (1) a motion that disposes of this appeal in accordance with Texas Rule of Appellate Procedure 42.1 or (2) the appellant's brief. The court will not look favorably on any further requests for extensions of time.

_Luz Elena D. Chapa, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2016.

_Keith E. Hottle_
Clerk of Court